IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET re: TRIAL DAY 2  (CONTESTED/EVIDENCE ENTERED)

Date:   March 21, 2023                              Court Time for JS10:  6hrs 59mins

Judge:  JUDGE CLAY D. LAND                          Court Reporter:  Joan Drammeh

Courtroom Deputy:   Geoffery Gunn

Case Number:   **4:20-cv-0084-CDL**

**SUE DAYOAN**                                      Counsel:  **KEVIN CRAYON, II**

v.                                                  Counsel:  **AMY HELMICK** and **LANCE SIMON**

**UNITED STATES POSTAL SERVICE**

Agents:/Experts in Attendance:   Sue Dayoan, Plaintiff and Isabell Robison, USPS Atty, and Andrea Hayes, Plaintiff former supervisor, Defendant

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- 8:58   Judge Land and the Jury enters.  Continued cross of Mrs. Dayoan by Mr. Simon.  Exhibits D-19 2.24.17 MVA Rpt. - 3rd Suppl. to Discovery (secured)-7(Redacted), D-20 Ex. 13 - Complainant's OWCP file (from HRM)_Redacted, D-59 Ex 3 - Physician Work Activity Status Reports, D-40 4.14.17 Group Text re Rte 13, D-5 07891358 Sue.Dayoan.EXHIBIT2, D-38 ROI 261- PDF 268 (Vol 1) - Text messages – Grievance, D-48 Full Trip Reports (USA-000001-237), D-56 Ex. 22 - Medical records (USA-000001-112)- Concerta_Redacted, D-49 Plan 5 Meeting and Attendance Sheet 9.2.17, and D-72 7891358 Sue.Dayoan.EXHIBIT6 are offered and admitted.
- **10:55**   15 min break
- **10:14**   Judge Land enters.  Re-direct with Mrs. Dayoan, Mr. Crayon,II.
- 11:28   Re-cross of Mrs. Dayoan, Mr. Simon.  Exhibit D-41 4.17.17 Text from Dayoan to RN Sue Rogers (DOL) offered and admitted.
- 11:34   Re/Re-direct of Mrs. Dayoan, Mr. Crayon.  Exhibit P-17 Texts between Hayes and Dayoan about medical, offered and admitted.
- -   Re/re-cross of Mrs. Dayoan by Mr. Simon.
- 11:53   Plaintiff calls Andrew Cho, son of Mrs. Sue Dayoan.  Witness appears via Zoom video conference from New York.  He is attending medical school.
- -   Cross of Mr. Cho, Mrs. Helmick.
- 12:02   Plaintiff calls Mr. Andrew Hayes (Plaintiff's former supervisor), Mr. Crayon, II.  Exhibit P-18 Reasonable Accommodation Policy, P-19 Hayes training record, offered and admitted.
- **1:04**   lunch break until 2:15.  The Jury departs.

- **2:15**   Judge Land and the Jury enter.  Plaintiff calls Charles (Chuck) Strangeward, RC with USPS, Mr. Crayon, II.
- 2:32   Cross of Mr. Strangeward, Mr. Simon.
- -   Redirect of Mr. Strangeward, Mr. Crayon, II.
- 3:16   re-cross of Mr. Strangeward, Mr. Simon.
- 3:18   Plaintiff calls Mr. Cliff Duncan, Mr. Crayon, II.  No cross.
- 3:26   Plaintiff calls Shevonne Simpson, Mr. Crayon, II.
-    Cross of Ms. Simpson. Mr. Simon.
- 3:48   Re-direct, Mr. Crayon, II.
- 3:52   Plaintiff calls Gilbert Dayoan, Mr. Crayon, II.
- -   Cross from Mrs. Helmick.
- **4:05**   15 min break
- 4:18   Judge Land enters.  Plaintiff Rest.  Defense calls Andrew Hayes, Mr. Simon.
- 5:03   Cross by Mr. Crayon, II.
- 5:12   Defense calls Sandy Strozier, Mr. Simon.  Exhibit D-8 ROI 405-410 - Handbook EL-902 offered and admitted.
- 5:41   Cross of Mr. Strozier, Mr. Crayon, II.
- 5:52   Defense calls Robert Brown, Mrs. Helmick.
- 6:04   Cross by Mr. Crayon, II.
- 6:05   Defense rest.  The Jury departs.  Charge conference with counsel in this case.  The morning will start with closing statements.
- **7:03**   Court adjourned for the day.