IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SUE DAYOAN,                                    *

                        Plaintiff,              *
v.                                                        Case No.  4:21-cv-103 (CDL)
                                                         *
Postmaster General LOUIS DEJOY and the
UNITED STATES POSTAL SERVICE,              *

                        Defendants.            *

## J U D G M E N T

Pursuant to this Court's Order dated November 23, 2022 and the jury verdict dated March 22, 2023,  and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $ 1,123,75.  Plaintiff shall also recover costs of this action.

This 23rd day of Match 2023.

David W. Bunt, Clerk


s/ Timothy L. Frost, Deputy Clerk